APRIL 26, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* ANDREW P. PALMER

*to appear as within directed by delivering to*   JOAN PALMER, WIFE, 8:10 AM

**X**   *in hand*

*No.*   360 PLESANT ST.
*in the*  PEMBROKE   *District of said*  PLYMOUTH   *County an attested copy of the* SUMMONS & ORDER OF NOTICE; VERIFIED COMPLAINT AND JURY DEMAND; BUSINESS LITIGATION SESSION CIVIL ACTION COVER SHEET; 4C MOTION; MEMORANDUM OF ARGUMENTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVRE RELIEF; AFFIDAVIT OF KELLY A MCGUIRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF; AND AFFIDAVIT OF KERRY A. FLAHERTY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF

*Service and travel*      28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
35   *miles in the service of this process*

*Joseph Fallon*
_____
Process Server