APRIL 26, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* DOUGLAS MASTER

*to appear as within directed by delivering to*   MICHELLE MASTER, WIFE, 8:20 AM

__X__   *in hand*

*No.*   26 LONGMEADOW ROAD
*in the*  UXBRIDGE       *District of said*  WORCESTER     *County an attested copy of the* SUMMONS & ORDER OF NOTICE; VERIFIED COMPLAINT AND JURY DEMAND; BUSINESS LITIGATION SESSION CIVIL ACTION COVER SHEET; 4C MOTION; MEMORANDUM OF ARGUMENTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVRE RELIEF; AFFIDAVIT OF KELLY A MCGUIRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF; AND AFFIDAVIT OF KERRY A. FLAHERTY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF

*Service and travel*        28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
45    *miles in the service of this process*

*Kevin Kohler*
------------------------
Process Server