APRIL 27, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* BEACON HALL, LLC

*to appear as within directed by delivering to* ERIK MOSHER, OWNER, 6:30 PM

__X__   in hand

No.   454 WASHINGTON ST.
in the NORWELL   District of said PLYMOUTH   County an attested copy of the SUMMONS & ORDER OF NOTICE; VERIFIED COMPLAINT AND JURY DEMAND; BUSINESS LITIGATION SESSION CIVIL ACTION COVER SHEET; 4C MOTION; MEMORANDUM OF ARGUMENTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVRE RELIEF; AFFIDAVIT OF KELLY A MCGUIRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF; AND AFFIDAVIT OF KERRY A. FLAHERTY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
30   *miles in the service of this process*

Joseph Fallon
Process Server