APRIL 26, 2004

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day summoned the within named* JAMES M. F. GILMORE

*to appear as within directed by delivering to*   TWO ATTEMPTS, COPY LEFT TAPED
TO DOOR, SECOND COPY MAILED

**X**   *leaving at last and usual place of abode, to wit:*

No.   735 FIRST PARISH ROAD
*in the*  SCITUATE   *District of said*  PLYMOUTH   *County an attested copy of the SUMMONS & ORDER OF NOTICE; VERIFIED COMPLAINT AND JURY DEMAND; BUSINESS LITIGATION SESSION CIVIL ACTION COVER SHEET; 4C MOTION; MEMORANDUM OF ARGUMENTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVRE RELIEF; AFFIDAVIT OF KELLY A MCGUIRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF; AND AFFIDAVIT OF KERRY A. FLAHERTY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF*

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
25   *miles in the service of this process*

Joseph Fallon
Process Server