# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

PURPLE TUNNEL ENTERPRISES, INC.,
ET AL.,
                    Plaintiffs

              v.

BEACON HALL, LLC, ET AL.,
                    Defendants.

CIVIL ACTION NO.:
04-10874-EFH

## SCHEDULING ORDER

June 2, 2004

HARRINGTON, S.D.J.

    A hearing on Plaintiffs' Motion (1) for Remand to State Court, and (2) for an Order to Shorten the Time for Defendants to File an Opposition [pleading Nos. 9 and 10] is scheduled for Tuesday, June 8, 2004, at 10:00 A.M., in Courtroom No. 19 on the Seventh Floor.

    SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge