UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -4 P 1: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

PURPLE TUNNEL ENTERPRISES, INC.,
LOUIS G. SILVA, JR., and
ANTHONY D. FONTES, III,
        Plaintiffs

v.

BEACON HALL, LLC, ERIK HALL MOSHER,
JAMES M.F. GILMORE, DOUGLAS MASTER,
and ANDREW P. PALMER,
        Defendants

C.A. NO. 04-10874 EFH

## DEFENDANTS', BEACON HALL, LLC, ERIK HALL MOSHER, JAMES M.F. GILMORE, DOUGLAS MASTER AND ANDREW P. PALMER, AMENDED NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1446 AND LOCAL RULE 81.1

Please take notice that, pursuant to 28 U.S.C. § 1446 and Local Rule 81.1, Defendants, Beacon Hall, LLC, Erik Hall Mosher, James M.F. Gilmore, Douglas Master and Andrew P. Palmer, hereby remove to the Federal Court for the District of Massachusetts the matter filed by Purple Tunnel Enterprises, Inc., et al at the Suffolk County Superior Court under Civil Action No. 04-1748 BLS. As grounds thereof, Defendants state that this matter is subject to Federal jurisdiction as the Complaint and the Civil Action Cover Sheet allege "[t]his is an action to enforce a franchise agreement against a former franchisee and its guarantors".

Plaintiffs are alleging violations of the Franchise Agreement, which falls under the Federal Trade Commissions' Rule on Franchising, 16 C.F.R. § 436. Count III of the Complaint alleges violation of the Federal Lanham Trademark Act, 15 U.S.C.A. §§ 1114 and 1125. Other allegations under the Complaint fall under 37 C.F.R. §§ 1-199 (pertaining to trademarks) and §§

200-299 (pertaining to copyrights). The amount sought under the Complaint is alleged to be $75,000.00. Defendants' counterclaim will seek an amount greater than $75,000.00, exclusive of fees and costs.

This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

                  BEACON HALL, LLC, ERIK HALL MOSHER,
                  JAMES M.F. GILMORE, DOUGLAS MASTER
                  and ANDREW P. PALMER,
                  By their attorney,

                  */s/ Alec G. Sohmer*
                  Alec G. Sohmer, Esquire
                  71 Legion Parkway, Suite 23
                  Brockton, MA 02301
                  Tel. No.: (508) 583-6510
                  Fax No.: (508) 583-1263
                  BBO No.: 559204

Date: Friday, June 04, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURPLE TUNNEL ENTERPRISES, INC., LOUIS G. SILVA, JR., and ANTHONY D. FONTES, III,<br>Plaintiffs<br><br>v.<br><br>BEACON HALL, LLC, ERIK HALL MOSHER, JAMES M.F. GILMORE, DOUGLAS MASTER, and ANDREW P. PALMER,<br>Defendants | C.A. NO. 04-10874 EFH |

## CERTIFICATE OF SERVICE

I, Alec G. Sohmer, attorney for Defendants, Beacon Hall, LLC, Erik Hall Mosher, James M.F. Gilmore, Douglas Master and Andrew P. Palmer, hereby certify that on Friday, June 04, 2004, I served the above Amended Notice of Removal to the following via fax and by mailing a copy of same, postage pre-paid:

Andrew C. Oatway, Esquire
Morisi & Oatway, PC
1400 Hancock Street, 3rd Floor
Quincy, MA 02169-5293
Sent via fax (617) 479-6885

Signed this 4th day of June, 2004 under the pains and penalties of perjury.

_____
Alec G. Sohmer, Esquire
71 Legion Parkway, Suite 23
Brockton, MA 02301
Tel. No.: (508) 583-6510
Fax No.: (508) 583-1263
BBO No.: 559204